UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER BORMUTH,

    Plaintiff,

v.                                            Case No. 12-11235

CITY OF JACKSON, et al.,

    Defendants.
_____/

**ORDER SETTING SCHEDULING CONFERENCE**

On June 1, 2012, Plaintiff, who is proceeding pro se, filed two objections to discovery requests served upon him by Defendants. Plaintiff is fundamentally correct that, under Federal Rule of Civil Procedure 26(d), discovery cannot be sought in this action until the parties confer as required by Rule 26(f). Fed. R. Civ. P. 26(d)(1). To facilitate this event, the court will set a scheduling conference in this matter. Accordingly,

IT IS ORDERED that Plaintiff and counsel for Defendants are DIRECTED to appear in the court's chambers at 231 W. Lafayette Blvd., Room 707, Detroit, Michigan, for a scheduling conference on **June 21, 2012, at 10 a.m.** Attendees should be prepared to discuss a summary of their claims and defenses as well as the scope of discovery expected in this matter. Discovery in this case is SUSPENDED until the scheduling conference.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: June 11, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 11, 2012, by electronic and/or ordinary mail.

                                           s/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522