**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

PETER BORMUTH,

    Plaintiff,

v.                                                Case No. 12-11235

CITY OF JACKSON, et al.,

    Defendants.
                                         /

**ORDER DIRECTING FILING OF *EX PARTE* LETTER AND
RESETTING SCHEDULING CONFERENCE**

On June 11, 2012, Plaintiff, who is proceeding pro se, sent via email an *ex parte* letter to the court's case manager. In the letter, which the court will order to be filed on the docket, Plaintiff notes a conflict with the scheduling conference set to occur on June 21, 2012. The court will therefore reschedule the conference. Accordingly,

IT IS ORDERED that the Clerk of the Court is DIRECTED to file on the court's docket the June 11, 2012 letter sent by Plaintiff to the court.

IT IS FURTHER ORDERED that the June 21, 2012 scheduling conference is RESET for **June 19, 2012, at 11:30 a.m.**

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: June 12, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 12, 2012, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522