**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PETER BORMUTH,

    Plaintiff,

v.     Case No. 12-11235

CITY OF JACKSON, et al.,

    Defendants.
    _____/

**ORDER GRANTING PLAINTIFF'S "MOTION REQUESTING SERVICE"**

On August 6, 2012, Plaintiff, who is proceeding pro se, filed a motion seeking service of papers through the mail, as he is not an e-filer on the court's electronic docketing system. It appears that one or more defense counsel has previously attempted to serve Plaintiff by emailing him documents. (*See, e.g.*, Certificate of Serv., Defs. Butler, Jackson Cmty. Coll., & Yohe's Preliminary Witness List, Dkt. # 45, at 4.) If Plaintiff desires to receive only mailed hard copies of papers to be filed, the court agrees that he should be so accommodated. Accordingly,

IT IS ORDERED that Plaintiff's "Motion Requesting Service" [Dkt. # 50] is GRANTED. Counsel for Defendants are DIRECTED to serve Plaintiff by hard copy through the U.S. Postal Service, unless otherwise specifically ordered by the court.

                               s/Robert H. Cleland
                               ROBERT H. CLELAND
                               UNITED STATES DISTRICT JUDGE

Dated: August 10, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 10, 2012, by electronic and/or ordinary mail.

                                     s/Lisa Wagner
                                     Case Manager and Deputy Clerk
                                     (313) 234-5522