UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER BORMUTH,

    Plaintiff,

v.                                    Case No. 12-11235

CITY OF JACKSON, et al.,

    Defendants.
                                  /

### ORDER DENYING PLAINTIFF'S "MOTION TO RECUSE/DISQUALIFY"

Plaintiff, who is proceeding pro se, has now filed the fourth in a series of motions seeking the recusal or disqualification of the assigned judge. (Pl.'s Mot. Recuse/Disqualify, Dkt. # 3; Pl.'s Mot. Amend/Correct, Dkt. # 19; Pl.'s Mot. Alter, Dkt. # 30; Pl.'s 2d Mot. Recuse/Disqualify, Dkt. # 53; *accord* Letter from Pl., Dkt. # 20.) Plaintiff's previous motions were denied with detailed analysis. (*See* Order Den. Pl.'s Mot. Recuse, May 31, 2012, Dkt. # 14; Order Den. Pl.'s Mot. Amend/Correct, June 14, 2012, Dkt. # 23; Order Den. Pl.'s Mot. Alter, July 9, 2012, Dkt. # 39.) Plaintiff presents nothing new here, merely reference to routine orders recently entered. There is no substance to Plaintiff's motion, and no response, hearing, or further elaboration from the court is required. For the same reasons carefully explained in the court's earlier denials of essentially the same motion,

IT IS ORDERED that Plaintiff's "Motion to Recuse/Disqualify" [Dkt. # 53] is DENIED.

       s/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated:  August 10, 2012


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 10, 2012, by electronic and/or ordinary mail.

       s/Lisa Wagner
       Case Manager and Deputy Clerk
       (313) 234-5522