UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

-----------------------------------------------------------------------------------------------------------------

PETER BORMUTH,

                                                                  Civil No: 12-11235

     Plaintiff,

                                                      Judicial Officer: Hon. Robert H. Cleland

V                                               Magistrate: Laurie J. Michelson

CITY OF JACKSON, J. LILLIE & M. BRANDT,

ASS. CITY ATTORNEY GILBERT CARLSON,

JACKSON COMMUNITY COLLEGE,

JOHN YOHE, WRITING INSTRUCTOR,

& TODD BUTLER, DEAN OF ARTS & SCIENCES

               Defendants.              **ORDER GRANTING STIPULATION**

-----------------------------------------------------------------------------------------------------------------

| Peter Bormuth, Plaintiff | John J. Gillooly | Audrey J. Forbush |
|---|---|---|
| In Pro Per | Att. for JCC & John Yohe | Att. for City of Jackson |
| 142 West Pearl Street | 1000 Woodbridge St. | 111 E. Court St. Suite 1B |
| Jackson, Michigan 49201 | Detroit, MI 48207 | Flint, MI 48502 |
| wardance@live.com | (313) 446-5501 | (810) 342-7014 |

## ORDER GRANTING STIPULATION FOR EXTENSION OF TIME

Upon stipulation of the parties, and Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED, that Plaintiff, Peter Bormuth, shall, within 14 days of the date of this order answer Defendant's Motion For Summary Judgment dated September 27, 2012

U.S. District Court Judge

Approved as to form:

10-17-12

Peter Bormuth, Plaintiff

10-17-12

w/ consent
PCB

Audrey J. Forbush (P41744)

Attorney for Defendants

JUDGE'S COPY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

---

PETER BORMUTH,

                                                  Civil No: 12-11235

    Plaintiff,

                                                  Judicial Officer: Hon. Robert H. Cleland

V                                             Magistrate: Laurie J. Michelson

CITY OF JACKSON, J. LILLIE & M. BRANDT,

ASS. CITY ATTORNEY GILBERT CARLSON,

JACKSON COMMUNITY COLLEGE,

JOHN YOHE, WRITING INSTRUCTOR,

& TODD BUTLER, DEAN OF ARTS & SCIENCES

           Defendants.        **STIPULATION REGARDING EXTENSION OF TIME**

FILED OCT 17 2012 CLERK'S OFFICE DETROIT

---

| Peter Bormuth, Plaintiff | John J. Gillooly | Audrey J. Forbush |
|---|---|---|
| In Pro Per | Att. for JCC & John Yohe | Att. for City of Jackson |
| 142 West Pearl Street | 1000 Woodbridge St. | 111 E. Court St.  Suite 1B |
| Jackson, Michigan  49201 | Detroit, MI 48207 | Flint, MI 48502 |
| wardance@live.com | (313) 446-5501 | (810) 342-7014 |

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT CITY OF JACKSON'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56 (C).

1. The parties undersigned, agree and stipulate that the Court deadline for the Plaintiff to file a response to the Defendant, City of Jackson's Motion For Summary Judgment pursuant to FRCP 56 (C) shall be extended by a period of fourteen (14) days.

Respectfully submitted,

Dated: 10-17-12          Audrey J. Forbush   w/ consent PCB

Audrey J. Forbush


Dated: October 17, 2012          Peter C. Bormuth

Peter Bormuth, Plaintiff

142 West Pearl Street

Jackson, Michigan 49201

(517) 787-8097

wardance@live.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17th, 2012, I mailed Stipulation For Extension Of Time to John J. Gillooly, 1000 Woodbridge St. Detroit, MI 48207 and to Audrey J. Forbush, Plunkett Cooney, 111 E. Court St. Suite 1B, Flint, MI 48502 by regular mail.

By: Peter Bormuth

In Pro Per

142 West Pearl Street

Jackson, MI 49201

(517) 787-8097

wardance@live.com

Dated: October 17th, 2012

Windows Live™   Hotmail (2)   Messenger (0)   SkyDrive | MSN                                peter

Hotmail          New | Reply  Reply all  Forward | Delete  Junk  Sweep ▼  Mark as ▼  Move to ▼  Cate

**Inbox (2)**

**Folders**

Junk

Drafts (6)

Sent

**Deleted (2)**

New folder

**Quick views**

**Documents (2)**

Flagged

Photos

Shipping updates

New category

**Messenger**

Search contacts

Your friends are offline right now.

Sign out of Messenger

Home

Contacts

Calendar



RE: RE:                                           Back to messages |

To see messages related to this one, group messages by conversation.

**Forbush, Audrey**                              12:54 PM
To 'peter bormuth'                               Reply

That should work. I am out of the office currently, but you have consent to sign my name to the stipulation. Simply sign my name and then note: w/consent P.B.

**From:** peter bormuth [mailto:wardance@live.com]
**Sent:** Wednesday, October 17, 2012 12:48 PM
**To:** Forbush, Audrey
**Subject:** RE:

Will this suffice?

From: AForbush@plunkettcooney.com
To: wardance@live.com
Date: Wed, 17 Oct 2012 12:32:50 -0400
Subject:

I can't do the order, but this is a sample from another case. However, yours will not be a stipulated order - it will accompany the stipulation and the title can be "Order Granting Plaintiff Extension of Time to File REply Brief". The remainder of the format should be the same.

Plunkett Cooney

CONFIDENTIALITY NOTICE: This email message and any attachments to it is intended only for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, but do not wish to receive communication through this medium, please so advise the sender immediately.

## RE: RE:

[illegible], Audrey 12:54 PM

That should work. I am out of the office currently, but you have my consent to sign my name to the stipulation. Simply sign my name and then note, "w/consent P.B."

**From:** peter bormuth [mailto:[illegible]@live.com]
**Sent:** Wednesday, October 17, 2012 12:48 PM
**To:** [illegible], Audrey
**Subject:** RE:

Will this suffice?

From: [illegible]@plunkettcooney.com
To: [illegible]@live.com
Date: Wed, 17 Oct 2012 12:17:40 -0400
Subject:

I can't do the order, but this is a sample from another case. However, yours will not be a stipulated order - it will accompany the stipulation and the title can be "Order Granting Plaintiff Extension of Time to File REply Brief". The remainder of the format should be the same.

CONFIDENTIALITY NOTICE: This email message and any attachments to it is intended only for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, but do not wish to receive communications through this medium, please advise the sender immediately.

