UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

-----------------------------------------------------------------------------------------------------------------

PETER BORMUTH,

                                                                                                Civil No: 12-11235

     Plaintiff,

                                                                           Judicial Officer: Hon. Robert H. Cleland

V                                                        Magistrate: Laurie J. Michelson

CITY OF JACKSON, J. LILLIE & M. BRANDT,

ASS. CITY ATTORNEY GILBERT CARLSON,

JACKSON COMMUNITY COLLEGE,

JOHN YOHE, WRITING INSTRUCTOR,

& TODD BUTLER, DEAN OF ARTS & SCIENCES

              Defendants.            **ORDER GRANTING STIPULATION**

-----------------------------------------------------------------------------------------------------------------

| Peter Bormuth, Plaintiff | John J. Gillooly | Audrey J. Forbush |
|---|---|---|
| In Pro Per | Att. for JCC & John Yohe | Att. for City of Jackson |
| 142 West Pearl Street | 1000 Woodbridge St. | 111 E. Court St. Suite 1B |
| Jackson, Michigan 49201 | Detroit, MI 48207 | Flint, MI 48502 |
| wardance@live.com | (313) 446-5501 | (810) 342-7014 |

### ORDER GRANTING STIPULATION FOR EXTENSION OF TIME

Upon stipulation of the parties, and Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED, that Plaintiff, Peter Bormuth, shall, within 14 days of the date of this order answer Defendant's Motion For Summary Judgment dated September 27, 2012

_____
U.S. District Court Judge

Approved as to form:

_____ 10-17-12

Peter Bormuth, Plaintiff

_____ 10-17-12

Audrey J. Forbush (P41744)

W/ consent
PCB

Attorney for Defendants

JUDGE'S COPY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

---

PETER BORMUTH,

                        Civil No: 12-11235

    Plaintiff,

                        Judicial Officer: Hon. Robert H. Cleland

V                        Magistrate: Laurie J. Michelson

CITY OF JACKSON, J. LILLIE & M. BRANDT,

ASS. CITY ATTORNEY GILBERT CARLSON,

JACKSON COMMUNITY COLLEGE,

JOHN YOHE, WRITING INSTRUCTOR,

& TODD BUTLER, DEAN OF ARTS & SCIENCES

    Defendants.           STIPULATION REGARDING EXTENSION OF TIME

FILED OCT 17 2012 CLERK'S OFFICE DETROIT

---

| Peter Bormuth, Plaintiff | John J. Gillooly | Audrey J. Forbush |
|---|---|---|
| In Pro Per | Att. for JCC & John Yohe | Att. for City of Jackson |
| 142 West Pearl Street | 1000 Woodbridge St. | 111 E. Court St. Suite 1B |
| Jackson, Michigan 49201 | Detroit, MI 48207 | Flint, MI 48502 |
| wardance@live.com | (313) 446-5501 | (810) 342-7014 |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT CITY OF JACKSON'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56 (C).**

1. The parties undersigned, agree and stipulate that the Court deadline for the Plaintiff to file a response to the Defendant, City of Jackson's Motion For Summary Judgment pursuant to FRCP 56 (C) shall be extended by a period of fourteen (14) days.

        Respectfully submitted,

Dated: 10-17-12        Audrey J. Forbush  w/consent PCB

        Audrey J. Forbush

Dated: October 17, 2012        Peter C. Bormuth

        Peter Bormuth, Plaintiff

        142 West Pearl Street

        Jackson, Michigan 49201

        (517) 787-8097

        wardance@live.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17th, 2012, I mailed Stipulation For Extension Of Time to John J. Gillooly, 1000 Woodbridge St. Detroit, MI 48207 and to Audrey J. Forbush, Plunkett Cooney, 111 E. Court St. Suite 1B, Flint, MI 48502 by regular mail.

                                            By: Peter Bormuth

                                            In Pro Per

                                            142 West Pearl Street

                                            Jackson, MI 49201

                                            (517) 787-8097

                                            wardance@live.com

Dated: October 17th, 2012

Windows Live™    Hotmail (2)    Messenger (0)    SkyDrive | MSN      peter

**Hotmail**    New | Reply   Reply all   Forward | Delete   Junk   Sweep ▾   Mark as ▾   Move to ▾   Cate

**Inbox (2)**

**Folders**
Junk
Drafts (6)
Sent
**Deleted (2)**
New folder

**Quick views**
**Documents (2)**
Flagged
Photos
Shipping updates
New category

**Messenger**

Search contacts

Your friends are offline right now.

Sign out of Messenger

Home
Contacts
Calendar



### RE: RE:      Back to messages |

To see messages related to this one, group messages by conversation.

**Forbush, Audrey**      12:54 PM
To 'peter bormuth'      Reply

That should work. I am out of the office currently, but you have consent to sign my name to the stipulation. Simply sign my name and then note: w/consent P.B.

**From:** peter bormuth [mailto:wardance@live.com]
**Sent:** Wednesday, October 17, 2012 12:48 PM
**To:** Forbush, Audrey
**Subject:** RE:

Will this suffice?

From: AForbush@plunkettcooney.com
To: wardance@live.com
Date: Wed, 17 Oct 2012 12:32:50 -0400
Subject:

I can't do the order, but this is a sample from another case. However, yours will not be a stipulated order - it will accompany the stipulation and the title can be "Order Granting Plaintiff Extension of Time to File REply Brief". The remainder of the format should be the same.

Plunkett Cooney

CONFIDENTIALITY NOTICE: This email message and any attachments to it is intended only for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, but do not wish to receive communication through this medium, please so advise the sender immediately.

Windows Live [illegible] Hotmail (2) Messenger (0) SkyDrive | MSN

Hotmail | New | Reply Reply all Forward | Delete Junk [illegible]

Inbox (2)

Folders

Drafts (3)

Sent

Deleted (3)

New folder

Quick views

Documents (2)

Flagged

Photos

Shipping updates

New contacts

Messenger

Contacts

Calendar

## RE: RE:

Back to messages

To see messages related to this one, group messages by conversation

Fohrbush, Audrey 12:54 PM

To peter dan [illegible]

That should work. I am out of the office currently but you have consent to sign my name to the stipulation. Simply sign my name and then note "w/consent P.B."

---

**From:** peter borrusch [mailto:[illegible]@live.com]
**Sent:** Wednesday, October 17, 2012 12:45 PM
**To:** Fohrbush, Audrey
**Subject:** RE:

Was this sufficient?

---

From: Fohrbush@plunkettcooney.com
To: [illegible]@live.com
Date: Wed, 17 Oct 2012 12:17:10 -0400
Subject:

I can't do the order, but this is a sample from another case. However, yours will not be a stipulated order – it will accompany the stipulation and the title can be "Order Granting Plaintiff Extension of Time to File Reply Brief". The remainder of the format should be the same.

---

CONFIDENTIALITY NOTICE: This email message and any attachments to it is intended only for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, but do not wish to receive communication through this medium, please so advise the sender immediately.

